UNITED STATES, Appellee

v

HOWARD M. WILKINS, Specialist Four, U. S. Army, Appellant

No. 26,173

UNITED STATES, Appellee

v

MORRIS N. TURNER, Private, U. S. Army, Appellant

No. 26,516

UNITED STATES, Appellee

v

BILLY J. POUNCIL, Private, U. S. Army, Appellant

No. 26,602

UNITED STATES, Appellee

v

LUKE W. CLARK, Private First Class, U. S. Army, Appellant

No. 26,775

22 USCMA 334, 46 CMR 334

June 8, 1973

On the pleadings for Appellants, Accused, were *Colonel Arnold I. Melnick, Captain J. Vincent Aprile, II,* (Nos. 26,173 and 26,775), *Captain John D. Lanoue* (Nos. 26,173 and 26,775), *Colonel Joseph E. Donahue*

(No. 26,516), *Captain James K. Stewart* (No. 26,602), and *Captain Denis E. Hynes* (No. 26,602).

On the pleadings for Appellee, United States, were *Lieutenant Colonel Ronald M. Holdaway, Captain Thomas G. McMahon* (No. 26,173), *Captain Richard L. Menson* (Nos. 26,713 and 26,602), *Captain Stan L. Spangler* (Nos. 26,173 and 26,775), *Major Thomas P. Burns, III,* (Nos. 26,516 and 26,775), *Captain Glenn R. Bonard* (No. 26,516), *Captain Lawrence R. Ehrhard* (No. 26602), *Captain Merle F. Wilberding* (No. 26,602), and *Captain James F. Motley* (No. 26,775).

## Opinion of the Court

PER CURIAM:

We granted review in these cases to determine whether evidence of a previous conviction by special court-martial was properly admitted because the appellants were not represented at such special courts-martial by a professional lawyer. Chief Judge Darden and Judge Quinn, for the reasons set forth in their separate opinions in United States v Alderman, 22 USCMA 298, 46 CMR 298 (May 25, 1973), would hold that such evidence is admissible. Accordingly, the decision of the U. S. Army Court of Military Review in each of these cases is affirmed.

Judge Duncan dissents for the reasons set forth in his separate opinion in United States v Henry, 22 USCMA 328, 46 CMR 328 (June 8, 1973).